1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
4  SUNDEEP R. PATEL, CSBN 242284
   Special Assistant United States Attorney
5          160 Spear Street, Suite 800
           San Francisco, California 94105
6          Telephone:  (415) 977-8981
7          Facsimile:  (415) 744-0134
           E-Mail: Sundeep.Patel@ssa.gov
8  Attorneys for Defendant

9                        UNITED STATES DISTRICT COURT
10                       EASTERN DISTRICT OF CALIFORNIA

11 BLIA LOR,                            )
                                        )
12         Plaintiff,                   )      Case No. 1:15-cv-01923-EPG
13                                      )
       v.                               )      **ORDER RE: EXTENSION OF TIME**
14                                      )
15 CAROLYN COLVIN,                      )
   Acting Commissioner of Social Security )
16                                      )
           Defendant.                   )
17 _____)

18

19

20

21

22

23

24

25

26

27 Order re: Extension of Time
   Case no. 1:15-cv-01923-EPG
28
                                    1

1

2          Pursuant to the Parties' Stipulation for Extension of Time (ECF No. 12), and good cause

3    appearing therein, IT IS HEREBY ORDERED that Defendant has until **August 17, 2016** to

4    serve her response to Plaintiff's letter brief.  All other dates in the Scheduling Order (ECF No. 5)

5    are extended accordingly.

6

7    IT IS SO ORDERED.

8

9          Dated:   **July 20, 2016**                    /s/ _Erica P. Grosjean_
                                                    UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   Order re: Extension of Time
     Case no. 1:15-cv-01923-EPG
28

2